Northern District Of Ohio
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 10−61610−rk**

**In re:**

| | |
|---|---|
| Mark David Baumgartner | Patricia Lee Baumgartner |
| 2448 Columbus Road | 2448 Columbus Road |
| Wooster, OH 44691 | Wooster, OH 44691 |

**Social Security No.:**

xxx−xx−5407    xxx−xx−8565

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Michael V Demczyk is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** August 24, 2010                  /s/ Russ Kendig
Form ohnb136                                United States Bankruptcy Judge